UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS RANDOLPH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FRESNO SUPERIOR COURT,<br><br>　　　　　Respondent. | Case No. 1:19-cv-00198-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS WRIT OF HABEAS CORPUS AS SUCCESSIVE<br><br>(ECF No. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE |

　　　　Petitioner Willis Randolph, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254 with this court. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 18, 2019, the Magistrate Judge entered findings and recommendations that the petition be dismissed as successive. (ECF No. 7). The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. No objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

　　　　Accordingly, THE COURT HEREBY ORDERS that:

1. 　　The findings and recommendations issued by the Magistrate Judge on November 18, 2019, (ECF No. 7), are ADOPTED in full;

2. The petition for writ of habeas corpus, (Doc. No. 1), is dismissed with prejudice as successive; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
SENIOR DISTRICT JUDGE